APPEARANCE SHEET
FOR THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA

CASE NO.: 1:18mj133
1:18mj131
132
124
152
150

v.
James Howington
Lacy Weir
Andrea Stickel
Sean Maidlow
Susan Payne
Devin Coleman
Melissa Barrett

DATE: 9/27/18

TYPE OF HEARING: INITIAL APPEARANCE

******************************************************************************

PARTIES:

1. Pamela Meade Sargent, USMJ
2. Zachary Lee
3. Greg Kallen
4. Ben Chafin
5. Greg Stewart
6. Charles Bledsoe
7. Dennis Jones
8. Jay Steele
9. Mike Bragg
10. James Howington
11. Lacy Weir
12. Andrea Stickel
13. Sean Maidlow
14. Susan Payne
15. Devin Coleman
16. Melissa Barrett
17.
18.
19.
20.

Case 1:18-cr-00025-JPJ-PMS   Document 14   Filed 09/28/18   Page 1 of 2   Pageid#: 1152

| INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. | INDEX NO. | SPKR. |
|---|---|---|---|---|---|---|---|---|---|
| 1:38 | 1,3 | | | | | | | | |
| | 1,13 | | | | | | | | |
| | 1,4,11 | | | | | | | | |
| | 1,5,12 | | | | | | | | |
| | 1,6,10 | | | | | | | | |
| | 1,7,16 | | | | | | | | |
| | 1,8,14 | | | | | | | | |
| | 1,9,15 | | | | | | | | |
| 1:45 | 2,1 | | | | | | | | |
| | 1,7 | | | | | | | | |
| | 1,4 | | | | | | | | |
| | 1,6 | | | | | | | | |
| | 1,5 | | | | | | | | |
| ↓ | | | | | | | | | |
| | 1,3 | | | | | | | | |
| | 1,8 | | | | | | | | |
| 1:51 | 2,1 | | | | | | | | |
| | 1,9 | | | | | | | | |
| 1:55 | 1,5 | | | | | | | | |
| | 4,1 | | | | | | | | |