IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | Court No. 1:18CR00025 |
| | ) | |
| Donald Zachary Snyder | ) | |
| Kimberly Ann Drake | ) | |
| Andrea Nicole Stickel | ) | |
| Jair Medina Gutierrez | ) | |

## NOTICE REGARDING FORFEITURE

Comes now the United States by counsel, and hereby notifies Defendants Snyder, Drake, Stickel and Gutierrez that the government is discontinuing judicial forfeiture proceedings against the following assets as forfeiture has concluded via administrative parallel proceedings or state proceedings:

| | CATS # | Item Description |
|---|---|---|
| (1) | 17-ATF-026829 | Ruger SR 40 Semi-automatic pistol SN? |
| (2) | 18-DEA-645960 | $15,940.00 in U.S. Currency / Seized 9/28/18 |
| (3) | n/a | $16,400.00 in U.S. Currency |
| (4) | n/a | $6,000.00 in U.S. Currency |

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

/s/Zachary T. Lee
Assistant United States Attorney
State Bar No. 47087
180 West Main Street, Suite B-19
Abingdon, VA 24210
Phone: (276)628-4161
Fax: (276)628-7399
Email: zachary.lee@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on March 12, 2019, I electronically filed this Notice with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record.

                                        s/Zachary T. Lee
                                        Assistant United States Attorney
                                        Bar # 47087