CLERK'S OFFICE U.S. DISTRICT COURT
AT ABINGDON, VA
FILED

JUL 30 2019

JULIA C. DUDLEY, CLERK
BY: /s/
DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| vs: | ) Case #:1:18CR00025-005 |
| | ) |
| ANDREA NICOLE STICKEL | ) |
| | ) |
| Defendant | ) |

## MOTION

**COMES NOW** the Defendant, Andrea Nicole Stickel, by counsel, and files this Motion that the Addendum to her Sentencing Memorandum be filed under seal.

Respectfully Submitted

ANDREA NICOLE STICKEL

BY COUNSEL

BY:

/s/ Gregory M. Stewart
STEWART LAW OFFICE, P.C.
P. O. Box 616
Norton, Virginia 24273
Telephone #: (276) 679-1283
Fax #:           (276) 679-7432
E-Mail: stewart-law@hotmail.com
VSB#: 22413