IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

UNITED STATES OF AMERICA,　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　　　　　　　)
vs:　　　　　　　　　　　　　　　)　Case #: 1:18 CR00025-005
　　　　　　　　　　　　　　　　　)
ANDREA NICOLE STICKEL　　　　　　)
　　　　　　　　　　　　　　　　　)
　　　　　Defendant　　　　　　　)

### MOTION FOR DOWNWARD DEPARTURE

**COMES NOW the Defendant**, Andrea Nicole Stickel, by counsel and files this motion for a downward departure from her sentencing guidelines based on the grounds set forth in her sentencing memorandum previously filed herein.

　　　　　　　　　　　　　　　　　　　ANDREA NICOLE STICKEL

　　　　　　　　　　　　　　　　　　　BY COUNSEL

BY:

/s/ Gregory M. Stewart
STEWART LAW OFFICE, P.C.
P. O. Box 616
Norton, Virginia 24273
Telephone #: (276) 679-1283
Fax #:        (276) 679-7432
E-Mail: stewart-law@hotmail.com
VSB#: 22413

### CERTIFICATE

　　　I hereby certify that I have electronically filed the Motion for Downward Departure with the Clerk of the Court using the CM/ECF system which will send notification of such filings and send a copy of such filing to the Assistance United States Attorney for the Western District of Virginia, or other prosecutor, who is responsible for the handling of this case on this the 31st day of July, 2019.

　　　　　　　　　　　　　　　　　　　/s/ Gregory M. Stewart