IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Criminal No. 1:18CR00025 |
| | : | |
| | : | |
| **ANDREA NICOLE STICKEL** | : | |

## MOTION FOR RESENTENCING BASED UPON DEFENDANT'S SUBSTANTIAL ASSISTANCE IN THE INVESTIGATION OR PROSECUTION OF ANOTHER

Comes now the United States of America, by counsel, and moves this Court to re-sentence the defendant to a term of imprisonment below the sentencing guidelines range and the statutory minimum. This motion is made pursuant to Fed. R. Crim. Pro. 35(b) and 18 U.S.C. § 3553(e).

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

/s/ Zachary T. Lee
VA Bar No. 47087
Attorney for United States of America
U.S. Attorney's Office
180 West Main Street
Abingdon, Virginia 24210
276-628-4161
276-628-7399 (fax)
USAVAW.ECFAbingdon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for defendant.

/s/ Zachary T. Lee
Assistant United States Attorney