**IN THE
UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF VIRGINIA
ABINGDON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | Criminal No. 1:18CR00025 |
| | : | |
| | : | |
| **ANDREA NICOLE STICKEL** | : | |

## MOTION TO FILE UNDER SEAL

The United States of America moves this court for permission to file a Rule 35 Statement of Reasons under seal. The Rule 35 Statement of Reasons discusses the information supporting the government's motion and the public disclosure of such information in writing may be detrimental to the safety of the defendant.

Respectfully submitted,

THOMAS T. CULLEN
United States Attorney

/s/ Zachary T. Lee
VA Bar No. 47087
Attorney for United States of America
U.S. Attorney's Office
180 West Main Street
Abingdon, Virginia 24210
276-628-4161
276-628-7399 (fax)
USAVAW.ECFAbingdon@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2020, I caused the foregoing to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel for defendant.

/s/ Zachary T. Lee
Assistant United States Attorney