# IN THE UNITED STATES COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
# ABINGDON DIVISION

**UNITED STATES OF AMERICA,**

    **Plaintiff**

**v.**                                                **CASE NO.: 1:18CR00025**

**SUSAN NICOLE PAYNE,**

    **Defendant.**

## **ORDER**

Upon motion by the government and for good cause shown, it is hereby **ORDERED** that the Defendant's Response to Motion for Resentencing in the above-captioned case will be filed under seal.

**ENTERED**: April 15, 2020.

                                                /s/ James P. Jones
                                                United States District Judge